UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

CARL BARTON,

                Petitioner,

  vs                                                        9:03-CV-1377

GARY FILLION,

                Respondent.

-------------------------------------

APPEARANCES:                                    OF COUNSEL:

CARL BARTON
Petitioner, Pro Se
01-A-0037
Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, NY 12051-0999

HON. ANDREW M. CUOMO              STEVEN H. SCHWARTZ, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
The Capitol
Albany, NY 12224

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Petitioner, Carl Barton, brought a petition for a writ of habeas corpus pursuant to

28 U.S.C. § 2254.  By Report-Recommendation dated August 6, 2007, the Honorable

Gustave J. DiBianco, United States Magistrate Judge, recommended that the petition be

denied and dismissed.  There have been no objections made to the Report-

Recommendation.

       Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED in all respects

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 9, 2007
       Utica, New York.